Stanley Marvin CAMPBELL, Trustee in
Bankruptcy for ESA ENVIRONMEN-
TAL SPECIALIST, INC., Plaintiff,

and

Prospect Capital Corporation,
Plaintiff–Appellant,

v.

HOULIHAN SMITH & COMPANY,
INC., Defendant–Appellee,

and

Nathan M. Bender; Adkisson, Sherbert
& Associates; Charles J. Cole; Jacob
Cole; Sandra Dee Cole; David C. Ep-
pling; Michael Anthony Habowski;
Tracey Hawley; John M. Mitchell;
Dennis M. Molesevich; Houlihan
Smith; Shelton Smith; Suntrust
Banks, Inc.; Cherry Bekaert and Hol-
land LLP; Elliot & Warren; Chester
J. Banull, Defendants.

No. 14–1988.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2015.

Decided: Sept. 18, 2015.

Robert C. Bowers, Moore & Van Allen,
PLLC, Charlotte, North Carolina; Adam
M. Burton, Karl C. Huth, IV, Prospect
Administration, LLC, New York, New
York, for Appellant. Richard P. Darke,
Duane Morris LLP, Chicago, Illinois, for
Appellee.

Before SHEDD and AGEE, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Prospect Capital Corporation appeals
from the district court's order accepting
the recommendation of the magistrate
judge and granting Houlihan Smith &
Company, Inc.'s motion to dismiss the
claims against it and denying Prospect
Capital's request for leave to amend the
complaint. We have reviewed the record
and the parties' arguments on appeal, and
we find no abuse of discretion and no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Prospect Capital Corp. v. Houlihan Smith
& Co.*, No. 3:09–cv–00465–MOC–DCK
(W.D.N.C. Aug. 20, 2014). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED.*